# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **RUTHELLEN W. RICKERSON,** | Bankruptcy No. 21-10315-TPA |
| Debtor. | Chapter 11 |
| **RUTHELLEN W. RICKERSON,** | Document No. |
| Movant, | Related to Doc. No.: 13 |
| vs. | **Status Conference Date & Time:** July 13, 2021 at 10:00 a.m. |
| **NO RESPONDENT.** | |

## STATUS REPORT

AND NOW, comes the Debtor, Ruthellen W. Rickerson, by and through her undersigned counsel, and submits the within Status Report, and in support thereof, states as follows:

1. The Debtor commenced this Chapter 11 Case and requested treatment under Subchapter V of Title 11 by the filing of her Petition for Relief on June 3, 2021.

2. Pursuant to the Court's Order's dated June 4, 2021, the Debtor is required to file a Status Report by July 1, 2021.

3. An Initial Debtor's Interview was held on June 10, 2021.

4. The Meeting of Creditors in this matter is scheduled to occur on August 3, 2021.

5. The Debtor's Plan of Reorganization is scheduled to be submitted on or before September 1, 2021.

6. The Debtor intends to submit her plan on or before that date and as of this

time, has no intent to request an extension of that time period.

7. The Debtor is hopeful to file a consensual Plan of Reorganization in this matter, however, as of the date of this report, it is too soon to determine if that is possible.

8. The Debtor believes that the primary dispute in this matter, and the most difficult to resolve, will be the claim of National Loan Investors, LP. National Loan Investor's has indicated an unwillingness to consent to a Plan submitted by the Debtor.

9. The dispute with National Loan Investors, LP, arises from a loan to the Debtor's business that is secured by her personal residence.

10. The Debtor disputes the amount of the claim alleged by National Loan Investors, LP, and has requested an accounting. The Debtor is optimistic that the issue can be resolved via communication between counsel for the parties.

11. Additionally, the claim of National Loan Investors, LP, is secured by a lien on the Debtor's residence.

12. To the extent the parties cannot agree on the extent that the claim is secured by the Debtor's residence, the Debtor intends to file a plan which modifies the Mortgage of National Loan Investors, LP, in accordance with 11 U.S.C. §1190(3).

13. In addition to the foregoing, the Debtor has spoken with a representative of the Internal Revenue Service.

14. The Internal Revenue Services was garnishing the wages of the Debtor prior to the filing of this case but has since terminated the garnishment.

15. Debtor's counsel has also spoken to the Subchapter V Trustee regarding the

intent of the Debtor in pursuing her Plan. The Subchapter V Trustee has provided and will continue to provide assistance and guidance regarding the obtaining of a consensual Plan in this case.

16. The Debtor intends to continue to discuss with the various creditors in this case the Debtor's intent regarding the submission of a Plan with the intent to resolve any potential objections prior to the submission of the Plan.

        Respectfully Submitted,

Date: <u>July 1, 2021</u>

*/s/ David L. Fuchs*
DAVID L. FUCHS
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)
dfuchs@fuchslawoffice.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **RUTHELLEN W. RICKERSON,** | Bankruptcy No. 21-10315-TPA |
| Debtor. | Chapter 11 |
| **RUTHELLEN W. RICKERSON,** | Document No. |
| Movant, | Related to Doc. No.: 13 |
| vs. | Status Conference Date & Time:<br>July 13, 2021 at 10:00 a.m. |
| **NO RESPONDENT.** | |

## CERTIFICATE OF SERVICE

David L. Fuchs hereby certifies, that on the 1st day of July, 2021, a true and correct copy of the foregoing **Status Report** was served upon the following *(via electronic service and/or First Class Mail)*:

Norma Hildenbrand
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Norma.L.Hildenbrand@usdoj.gov

John C. Melaragno, Trustee
502 West 7th Street.
Erie, PA 16502
johnm@mplegal.com

Complete Creditor Matrix

Date: <u>July 1, 2021</u>                             */s/ David L. Fuchs*
                                                              DAVID L. FUCHS
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)
dfuchs@fuchslawoffice.com